# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and MATTHEW T. ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>    *Defendants*. | Civil Action No. 1:20-cv-11311 |

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of my appearance as counsel for Plaintiff Commonwealth of Massachusetts in the above-captioned action.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MAURA HEALEY<br>ATTORNEY GENERAL |
|  | */s/ Abrisham Eshghi*<br>Abrisham Eshghi, BBO# 703020<br>Assistant Attorney General<br>Civil Rights Division<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2292 |
| Date: July 13, 2020 | abrisham.eshghi@mass.gov |

**CERTIFICATE OF SERVICE**

    I, Abrisham Eshghi, Assistant Attorney General, hereby certify that I have this day, July 13, 2020, served the foregoing **Notice of Appearance** upon all parties by electronically filing to all ECF registered parties and by certified mail to all unregistered parties.

                                                      */s/ Abrisham Eshghi*
                                                      Abrisham Eshghi, BBO# 703020